# LAW OFFICES
# HOWARD LEE SCHIFF, P.C.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • RHODE ISLAND • VERMONT          HOWARD LEE SCHIFF 1933 - 2007

| 510 Tolland Street | East Hartford, Connecticut 06108 | Office Hours: 8:30 AM – 6:00 PM |
| Telephone (860) 528-9991 | Toll Free: (866) 234-7606 | Facsimile: (860) 528-7602 |

DAVID TRUGLIO

February 21, 2018


CC541

Our File No:
Current Owner to Whom Debt is Owed: Portfolio Recovery Associates, LLC
Original Creditor: SYNCHRONY BANK
Original Creditor Account Number: XXXXXXXXXXXX5551
Balance Due: $1,006.19
Consumer: DAVID TRUGLIO

Dear DAVID TRUGLIO:
This office represents PORTFOLIO RECOVERY ASSOCIATES, LLC.  We suggest that you send us a check or money order for the balance due, payable to "Law Offices Howard Lee Schiff, P.C." unless you intend to exercise your rights as stated in the Validation Notice below.  All questions and payments should be directed to this firm.  Our toll-free number is (866) 234-7606.  Please reference CN AC7896 in any correspondence with our firm.  You may also make payments by phone, (866) 214-9942, or online, www.payschiff.com.  When you choose to make a payment with your bank account via the IVR system and you enter your CN when prompted, you are authorizing Law Offices Howard Lee Schiff, P.C. to debit your bank account via ACH in the amount authorized towards payment of the debt owed.

                          VALIDATION NOTICE
If you do not dispute the validity of the debt, or any portion thereof, within 30 days of the receipt of this letter, we will assume it is valid.  If you dispute the validity of this debt or any portion thereof, within 30 days of receipt of this letter, we will obtain and mail you verification of the debt or a copy of a judgment against you.  At your request, in writing within 30 days of receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

Respectfully, Law Offices Howard Lee Schiff, P.C.
Office Hours:  Monday-Friday, 8:30 a.m.-6:00 p.m.

              THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
    THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
                  WILL BE USED FOR THAT PURPOSE.  7a