UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID TRUGLIO<br>        Plaintiff | CIVIL ACTION NO.  3:18 CV 00794 VAB |
| vs | |
| LAW OFFICES HOWARD LEE SCHIFF P.C.<br>        Defendants | JULY 17, 2018 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, Law Offices Howard Lee Schiff P.C. and Portfolio Recovery Associates, LLC, hereby move this Court for an extension of time to respond to plaintiff's Complaint, and in support of this Motion, defendants state:

1. This is an action by the plaintiff seeking damages for alleged violations of the Fair Debt Collection Practices Act ("FDCPA") by the defendants, Law Offices Howard Lee Schiff P.C. and Portfolio Recovery Associates, LLC.

2. Defendants require additional time to properly prepare the response to the plaintiff's Complaint, and therefore, requests an extension of time of thirty (30) days or until August 15, 2018 to file a response to the Complaint.

3. Plaintiff's counsel, Marcus & Zelman, was contacted about this Motion, and Attorney Marcus consented to this Motion.

WHEREFORE the defendants pray that this Court grant an extension of time until August 15, 2018, for defendants to respond to plaintiff's Complaint herein.

DEFENDANT, LAW OFFICES HOWARD LEE SCHIFF P.C. AND
PORTFOLIO RECOVERY ASSOCIATES, LLC

*/s/ Jeanine M. Dumont*
Jeanine M. Dumont    ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing and any attachments hereto were transmitted as follows on JULY 17, 2018 to the following counsel of record:

**FOR PLAINTIFF**
YITZCHAK ZELMAN
yzelman@MarcusZelman.com

**FOR DEFENDANT,**
**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Marissa Delinks
mdelinks@hinshawlaw.com

                                      */s/ Jeanine M. Dumont*
                                      Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**